UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-CV-60473 (Smith/Hart)

DAVID WEBB,

    Plaintiff,

v.

GAMER MCKINLEY,

    Defendant.
_____/

**DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM**

**COMES NOW** the Defendant, McKinley Gamer, by and through the undersigned counsel, hereby files their Response to Plaintiff's Statement of Claim and in support there of states:

1. Plaintiff caused to have his Complaint for Violation of the Fair Labor Standards Act issued on March 25, 2024 [DIN 1-3].

2. Plaintiff filed his Statement of Claim on May 7, 2024 [DIN 11].

3. Exhibit A to Plaintiff's Statement of Claim reflects alleged unpaid wages dating back to March 26, 2021 through July 11, 2023.

4. Along with the Plaintiff's Statement of Claim, the Plaintiff provided a single check dated October 4, 2022 in the amount of $1,200.00 made payable to David Webb.

5. Exhibit A to the Plaintiff's Statement of Claim and the check provided by the Plaintiff have discrepancies with one another in relation to the amount of weekly pay.

6. Statute of Limitations for unpaid overtime wages is two (2) years in Florida. The Plaintiff, at most, could only go back to March 25, 2022.

7. Plaintiff's Statement of Claim reflects an hourly wage amount, to which the Plaintiff knew he was not an employee receiving an hourly wage.

8. Plaintiff is aware there were no time records kept for the work performed and that Plaintiff was an independent contractor that worked for other individuals at the time of doing work for the Plaintiff.

9. In 2023, the Plaintiff created his legal entity, Webb Painting & Maintenance, Inc., and changed from a sole proprietor.

10. At said time, the Defendant began making payments to Mr. Webb's newly formed entity.

11. At all times during the party's contractual history, Mr. Webb was given 1099s.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via CM/ECF to Elliot Kozolchyk, Esq. (ekoz@kozlawfirm.com) on this 21st day of May, 2024.

**APLaw, LLC**
11358 Okeechobee Blvd. Ste 2
Royal Palm Beach, FL 33411
P. (561) 729-0123
F. (561) 729-0128
constructionlaw@yahoo.com
jturner@ap-law.net

By: /s/ Alterraon Phillips
Alterraon Phillips, Esq.
Fla. Bar No.: 63321